# AFFIDAVIT OF SERVICE

State of New York )
County of _Albany_ )

The undersigned being duly sworn, deposes and says:

_Joseph David Moravec_ is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at _422 Sand Creek Rd., Albany, NY 12205_

(complete address of person serving papers)

That on _December 6, 201_, deponent served the within
(date of service)
_Verified Petition for Writ of Habeas Corpus, Elmis Montoya Cruz (9:18-CV-1410)_
(name of document[s] served)

upon _Thomas Feeley, U.S. Department of Homeland Security, ICE-ERO Upstate Field Director_   located at
(name of person/corporation served)

_250 Deleware Ave, Floor 7, Buffalo, NY 14202_
(complete address where other party/corporation served)

(Select method of service)

____ Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

_X_ Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope m a post office or official depository under the exclusive care and custody of ~~the United States Postal Service~~.
_Fedex Overnight Shipping_

Signature of person serving papers

Joseph David Moravec
Printed Name

Sworn to before me this _6th_

day of December, 2018

Notary Public

CHRISTINE D. MCCLELLAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MC6361283
Qualified in Kings County
My Commission Expires 07-03-2021