# AFFIDAVIT OF SERVICE

State of New York       )
County of Albany        )

The undersigned being duly sworn, deposes and says:

<u>Joseph David Moravec</u> is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at <u>422 Sand Creek Rd., Albany, NY 12205</u>

(complete address of person serving papers)

That on <u>December 6, 201</u>, deponent served the within
(date of service)
<u>Verified Petition for Writ of Habeas Corpus, Elmis Montoya Cruz (9:18-CV-1410)</u>
(name of document[s] served)

upon <u>Jasper Mills, Albany County Sheriff's Office</u> located at
(name of person/corporation served)

<u>16 Eagle Street, Albany, NY 12207</u>
(complete address where other party/corporation served)

(Select method of service)

____ Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

_X_ Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope m a post office or official depository under the exclusive care and custody of the United States Postal Service.

*Signature of person serving papers*

Joseph David Moravec
Printed Name

Sworn to before me this 6th

day of December, 2018

*Notary Public*

CHRISTINE D. MCCLELLAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MC6361283
Qualified In Kings County
My Commission Expires 07-03-2021