# AFFIDAVIT OF SERVICE

State of New York        )
County of __Albany__     )

The undersigned being duly sworn, deposes and says:

__Joseph David Moravec_____ is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at __422 Sand Creek Rd., Albany, NY 12205__

_____
(complete address of person serving papers)

That on __December 6, 201__, deponent served the within
(date of service)
__Verified Petition for Writ of Habeas Corpus, Elmis Montoya Cruz (9:18-CV-1410)__
(name of document[s] served)

upon __John M. Mitnick, General Counsel, U.S. Department of Homeland Security__ located at
(name of person/corporation served)

__245 Murray Lane, SW, Washington D.C., 20528__.
(complete address where other party/corporation served)

(Select method of service)

____ Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

__X__ Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope m a post office or official depository under the exclusive care and custody of ~~the United States Postal Service~~.
Fedex Overnight Shipping

_____
Signature of person serving papers

Joseph David Moravec
Printed Name

Sworn to before me this __6th__

day of __December, 2018__

_____
Notary Public

CHRISTINE D. MCCLELLAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MC6361283
Qualified In Kings County
My Commission Expires 07-03-2021