# AFFIDAVIT OF SERVICE

State of New York      )
County of _Albany_     )

The undersigned being duly sworn, deposes and says:

_Joseph David Moravec_____ is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at _422 Sand Creek Rd., Albany, NY 12205_____

_____
(complete address of person serving papers)

That on _December 6, 201_____, deponent served the within
(date of service)
_Verified Petition for Writ of Habeas Corpus, Elmis Montoya Cruz (9:18-CV-1410)_
(name of document[s] served)

upon _Matthew Whitaker, Acting Attorney General, U.S. Department of Justice_____ located at
(name of person/corporation served)

_950 Pennsylvania Ave, NW, Washington D.C., 20530_____.
(complete address where other party/corporation served)

(Select method of service)

____ Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

_X_ Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of ~~the United States Postal Service~~.
Fedex Overnight Shipping

_____
Signature of person serving papers

Joseph David Moravec
Printed Name

Sworn to before me this _6th_____
day of _December, 2018_____
_____
Notary Public

CHRISTINE D. MCCLELLAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MC6361283
Qualified In Kings County
My Commission Expires 07-03-2021