# AFFIDAVIT OF SERVICE

State of New York        )
County of __Albany__     )

The undersigned being duly sworn, deposes and says:

__Rohmah A. Javed__ is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at __23 N. Pearl St. Apt 2A, Albany NY 12207__
(complete address of person serving papers)

That on __12/6/2018__, deponent served the within
(date of service)

__Verified Petition for Writ of Habeas Corpus on behalf of Elmis Adalid Montoya Cruz__
(name of document[s] served)

upon __U.S. Attorney's Office (Tanya Johnson, Budget Tech)__ located at
(name of person/corporation served)

__445 Broadway Avenue, Albany NY 12207__
(complete address where other party/corporation served)

(Select method of service)

__X__ Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

____ Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

_/s/ Rohmah A. Javed_
Signature of person serving papers

__Rohmah A. Javed__
Printed Name

Sworn to before me this __6th__ day of __December, 2018__

_/s/ Christine D. McClellan_
Notary Public

CHRISTINE D. MCCLELLAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MC6361283
Qualified In Kings County
My Commission Expires 07-03-2021